FILED

12/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0353

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0353

_____

STATE OF MONTANA,

Plaintiff and Appellee,

ORIGINAL

FILED

DEC 27 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

v.

O R D E R

ROBERT EARL STAUDENMAYER,

Defendant and Appellant.

_____

Pursuant to Appellant Robert Earl Staudenmayer's motion for extension to of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until January 17, 2023, to file his opening brief.

DATED this 27ᵗʰ day of December, 2022.

For the Court,

_____
Chief Justice